IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEITH A. JURAK,

                                                                                            ORDER

                       Plaintiff,

                                                                      09-cv-419-bbc

      v.

DANE COUNTY JAIL DEPUTIES,
DEPUTY COSMOSKY, DEPUTY VUE and
DEPUTY KEITH,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Keith Jurak, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on June 30, 2009. His trust fund account statement should cover the six-month period beginning approximately December 30, 2008 and ending approximately June 30, 2009. Once plaintiff has submitted the necessary

1

statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until July 28, 2009, in which to submit a trust fund account statement for the period beginning December 30, 2008 and ending June 30, 2009. If, by July 28, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 7th day of July, 2009.

BY THE COURT:

*Barbara B. Crabb*

_____
BARBARA B. CRABB
District Judge