IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH JURAK,

    Plaintiff,

v.

DANE COUNTY JAIL DEPUTIES,
DEPUTY KOSMOSKY, DEPUTY
VUE and DEPUTY KEITH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-419-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
By: [signature] Deputy Clerk
Peter Oppeneer, Clerk of Court

4-21-10
Date